# ATTACHMENT 1

Reports regarding Mr. Brattain's incarceration

```
LORMJ              *       PROGRAM REVIEW REPORT         *      06-04-2008
PAGE 001                                                         06:35:36

INSTITUTION: LOR  LORETTO FCI
NAME.......: BRATTAIN, CHRISTOPHER                REG. NO: 12952-040
RESIDENCE..: NILES, MI 49120
TYPE OF REVIEW......: INITIAL CLASSIFICATION/ PROGRAM REVIEW
NEXT REVIEW DATE....: 11/08
PROJ. RELEASE DATE..: 03-05-2017      RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE            HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: 11/08    DETAINERS (Y/N): N
CIM STATUS (Y/N)....: N            IF YES, RECONCILED (Y/N): N/A
PENDING CHARGES.....: None known @ this time
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)(Y /N): YES - Sex Offender
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/ CURRENT VIOLENCE /PAST VIOLENCE
CATEGORY      - - - - - - - CURRENT ASSIGNMENT - - - - - - - - EFF DATE    TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE    06-01-2010     0814
CMA        RPP NEEDS     RELEASE PREP PGM NEEDS           06-12-2007     0814
CMA        V94 CVA913    V94 CURR VIOL ON/AFTER 91394     06-12-2007     0814
CUS        IN            IN CUSTODY                       04-26-2007     1230
DRG        DRG I NONE    NO DRUG INTERVIEW REQUIRED       06-14-2007     1020
EDI        ESL HAS       ENGLISH PROFICIENT               06-17-2007     1446
EDI        GED HAS       COMPLETED GED OR HS DIPLOMA      06-17-2007     1446
FRP        PART          FINANC RESP-PARTICIPATES         06-07-2007     0944
LEV        LOW           SECURITY CLASSIFICATION LOW      04-27-2007     1107
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY   05-03-2007     1400
QTR        N04-221U      HOUSE N/RANGE 04/BED 221U        08-10-2007     1200
RLG        PROTESTANT    PROTESTANT                       02-10-2008     0924
WRK        FPI QA        QUALITY ASSURANCE/KATAWCZIK      07-26-2007     0001
```

WORK PERFORMANCE RATING: Appears to be a good worker in UNICOR

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: clear conduct

FRP PLAN/PROGRESS:    TRUST FUND DEPOSITS PAST 6 MO: $1638.55

FRP PAYMENTS PAST 6 MO: $619.27     OBLG BALANCE: $4222.33

CURRENT FRP PLAN: $50% mo (UNICOR)  PAYMENTS COMMENSURATE: YES X / NO ____

IF NO, NEW PAYMENT PLAN: N/A



RELEASE PREPARATION PARTICIPATION: Although not yet eligible to participate in the formal RPP, we recommend he attend the ERC and become familiar with the resources available in that office i.e. apply for the following documents - birth certificate, social security card, driver's license history and credit check

CCC RECOMMENDATION: Review in 2014

```
  LORMJ                *         PROGRAM REVIEW REPORT            *        11-29-2007
  PAGE 001                                                                 12:42:44

  INSTITUTION: LOR   LORETTO FCI

  NAME.......: BRATTAIN, CHRISTOPHER                  REG. NO: 12952-040
  RESIDENCE..: NILES, MI 49120

  TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
  NEXT REVIEW DATE....: 12/08

  PROJ. RELEASE DATE..: 03-05-2017        RELEASE METHOD.: GCT REL
  PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

  DATE OF NEXT CUSTODY REVIEW: 12/08       DETAINERS (Y/N): N

  CIM STATUS (Y/N)....: N                 IF YES, RECONCILED (Y/N): NA
  PENDING CHARGES.....: None Known

  OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: _____
     IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
  CATEGORY       - - - - - - -  CURRENT ASSIGNMENT   - - - - - -    EFF DATE     TIME

  CMA          PROG RPT        NEXT PROGRESS REPORT DUE DATE      06-01-2010    0814
  CMA          RPP NEEDS       RELEASE PREP PGM NEEDS             06-12-2007    0814
  CMA          V94 CVA913      V94 CURR VIOL ON/AFTER 91394       06-12-2007    0814
  CUS          IN              IN CUSTODY                         04-26-2007    1230
  DRG          DRG I NONE      NO DRUG INTERVIEW REQUIRED         06-14-2007    1020
  EDI          ESL HAS         ENGLISH PROFICIENT                 06-17-2007    1446
  EDI          GED HAS         COMPLETED GED OR HS DIPLOMA        06-17-2007    1446
  FRP          PART            FINANC RESP-PARTICIPATES           06-07-2007    0944
  LEV          LOW             SECURITY CLASSIFICATION LOW        04-27-2007    1107
  MDS          REG DUTY        NO MEDICAL RESTR--REGULAR DUTY     05-03-2007    1400
  QTR          N04-221U        HOUSE N/RANGE 04/BED 221U          08-10-2007    1200
  RLG          NO PREFER       NO PREFERENCE                      06-12-2007    0815
  WRK          FPI QA          QUALITY ASSURANCE/KATAWCZIK        07-26-2007    0001

  WORK PERFORMANCE RATING: good
```

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 884.22
FRP PAYMENTS PAST 6 MO: $ 200        OBLG BALANCE: $ 4841.60
CURRENT FRP PLAN: $ 50/mo    PAYMENTS COMMENSURATE: YES ✓ / NO ___
IF NO, NEW PAYMENT PLAN: _____

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Team (A,B,C,D,E,F, or Camp) |
|---|---|---|
| Brattain, Christopher | 12952-040 | B |
| Evaluation Period | Work Assignment | |
| July 2007 | Electronic Shop | |

Bonus Justification:   ("Good Worker" or "Dependable" is not sufficient; List accomplishments/actions)

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to IPP Coordinator

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class  (Circle one)   1 - 2 - 3 - 4 - Ⓖ
2. Hours of Satisfactory work  145 hours
3. Regular Pay  $5.25
4. Bonus Recommended:  ___ yes;  _X_ no   Amount ___
5. Total Pay  $5.25

| Supervisor's Signature | Date |
|---|---|
| [signature] | 07-27-07 |
| Inmate's Signature | Date |
| Christopher Brattain | 07-27-07 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
| | |

***ENSURE THE BACK OF THIS FORM IS FILLED OUT COMPLETELY***

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Team (A,B,C,D,E,F, or Camp) |
|---|---|---|
| Brattain, Christopher | 12952-040 | B |
| Evaluation Period | Work Assignment | |
| June 2007 | Electronic Shop 1 | |

Bonus Justification:    ("Good Worker" or "Dependable" is not sufficient; List accomplishments/actions)

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to IPP Coordinator

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class   (Circle one)   1 - 2 - 3 - 4 - ⑤
2. Hours of Satisfactory work  135  Hours
3. Regular Pay  $5.25
4. Bonus Recommended: ___ yes;  X  no   Amount _____
5. Total Pay  $5.25

| Supervisor's Signature | Date |
|---|---|
| [signature] | 06-28-07 |
| Inmate's Signature | Date |
| [signature] Christopher J Brattain | 06-28-07 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
| | |

***ENSURE THE BACK OF THIS FORM IS FILLED OUT COMPLETELY***