# ATTACHMENT 2

## Certificates of Achievement

# ≈ Certificate of Achievement ≈

This certifies that

CHRISTOPHER BRATTAIN

has satisfactorily completed

THE MAKING OF THE NEW TESTAMENT CANON

Consisting of __12__ Hours of Training

This certificate is hereby issued this __1st__ day of __MARCH__, 20 __08__

_Sr. Maryann Palko_
Facilitator

# ≈ Certificate of Achievement ≈

This certifies that

CHRIS BRATTAIN

has satisfactorily completed

BOOK OF GENESIS

Consisting of __24__ Hours of Training

This certificate is hereby issued this __22nd__ day of __December__, 20 __07__

_Sr. Maryann Palko_
Facilitator

# ≈ Certificate of Achievement ≋

This certifies that
Chris Brattain

has satisfactorily completed

Basic Language Skills

Consisting of __20__ Hours of Training

This certificate is hereby issued this __25th__ day of __September__, 20 __07__

*Brian L. McCall, Coordinator*

# ≈ Certificate of Achievement ≋

This certifies that
CHRIS BRATTAIN

has satisfactorily completed
BUSINESS AND TECHNICAL WRITING

Consisting of __20__ Hours of Training

This certificate is hereby issued this __13TH__ day of __MAY__, 20 __08__

*Brian L. McCall, Coordinator*

# Certificate of Award

This Certifies that

**Brattain, Chris**

of

**Federal Correctional Institution – Loretto, PA**

has been awarded this certificate for

*Operation and Testing on the CIRRIS TOUCH1 CABLE ANALYZER*

Date: January 17, 2008

_____  _____
Quality Assurance Assistant Manager    Quality Assurance Manager

---

# ≈ Certificate of Achievement ≈

This certifies that

**CHRIS BRATTAIN**

has satisfactorily completed

MANAGERIAL ACCOUNTING

Consisting of __20__ Hours of Training

This certificate is hereby issued this __5TH__ day of __February__, 20 __08__

_____
Brian E. McCall, Coordinator



