UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTES

UNITED STATES

vs.

CHRISTOPHER BRATTAIN

CASE NO.    1:06-CR-293
DATE:       January 9, 2009
TIME:       10:00 - 10:25 a.m.
PLACE:      Grand Rapids
JUDGE:      Hon. Robert Holmes Bell

## APPEARANCES

PLAINTIFF:
Elisa Castrolugo

DEFENDANT:
Ray Kent

## WITNESSES

PLAINTIFF:


DEFENDANT:


## PROCEEDINGS

NATURE OF HEARING:
Resentencing.


COURT REPORTER:  Kevin Gaugier        /s/ S. Bourque
                                        Case Manager