UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
January 13, 2009 10:38 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __gf__/_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 1:06-CR-293

CHRISTOPHER BRATTAIN,

    Defendant.

_____/

    I hereby certify that as counsel for the above named defendant I have received from the Clerk of the Court or from his duly appointed deputy, each of the following:

1. Information sheet from the United States Court of Appeals entitled "Filing Notices of Appeal."

2. A form entitled, "Notice of Appeal."

3. A form entitled "Transcript Order."

4. A form entitled "Authorization and Voucher for Payment of Transcript."

DATED: 1/7/09

_____
Ray Kent
Counsel for Defendant