# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## Request for Modifying the Conditions or Term of Supervision

Name of Offender:   Christopher Brattain                                    Case Number: 1:06:CR:293-01

Name of Sentencing Judicial Officer:      The Honorable Robert Holmes Bell
                                          U.S. District Judge

Name of Presiding Judicial Officer:       The Honorable Paul L. Maloney
                                          U.S. District Judge

Date of Original Sentence: April 17, 2007

Original Offense: Aggravated Sexual Abuse of a Minor; 18 U.S.C. § 2241(c)

Original Sentence: 144 months custody; 10 years supervised release. Special Conditions: (1) no contact with anyone under 18; (2) reside at approved location and with approved persons; (3) sex offender treatment; (4) no unmonitored internet or computer devices; (5)  gainful employment; (6) mental health treatment; (7) no contact with victim; (8) comply with sex offender registration; (9) provide financial information; and (10) 100 hours of community service per year. Special Assessment, $100.00 (paid in full). Restitution, $5,000.00 (paid in full).

Type of Supervision: Supervised Release                  Date Supervision Commenced: March 3, 2017
                                                         Expiration Date: March 2, 2027

## PETITIONING THE COURT

To remove Special Condition Number Ten (10) as follows:

> 10:   The defendant shall provide 100 hours per year of community service at the direction of the probation officer.

## CAUSE

Mr. Brattain was able to complete 100 hours of community service within the first fifteen months of supervision; however, with great difficulty.  Due to his sex offender status, it is challenging for Mr. Brattain to locate community service work sites.  Mr. Brattain also works, attends college classes, and attends treatment. Due to the hardship of finding placement for a sex offender to perform community service for the next nine years, as well as the prosocial activities he is engaged in, this officer is recommending Special Condition 10 be removed.

PROB 12B
Brattain, Christopher
1:06:CR:293-01

**Previous Violations**

None

**U.S. Probation Officer Action:**

It should be noted Mr. Brattain did not sign a Probation Form 49 (Waiver of Hearing to Modify Conditions or Term of Supervised Release), due to the requested changes being less restrictive.

|  | Approved, |  | Respectfully submitted, |
|---|---|---|---|
| by | /s/ Scott M. Lopofsky<br>Scott M. Lopofsky<br>Supervisory U.S. Probation Officer<br>Date: July 20, 2018 | by | /s/ Amy Vander Velde<br>Amy Vander Velde<br>U.S. Probation Officer Specialist<br>Date: July 20, 2018 |

THE COURT ORDERS:

☐  No Action
☒  The Modification of Conditions as Noted Above
☐  Other

   /s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Judge

   July 23, 2018
Date

2